(Revised 01/98)  **CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE**

DATE 3-8-10 - WICHITA

CASE NO. 10-10041-03-MLB   UNITED STATES vs. Michael Max Krumley   AGE: ___

**FILED**
U.S. District Court
District of Kansas
MAR - 8 2010
Clerk, U.S. District Court
By _____ Deputy Clerk

**APPEARANCES:**
- Government:
  - ( ) Lind
  - ( ) Watson
  - (✓) Furst
  - ( ) Metzger
  - ( ) Barnett
  - ( ) Welch
  - ( ) Anderson
  - ( ) Treaster
  - ( ) Sublet
  - ( )

- Defendant: ( ) In Person   ( ) By Counsel: _____
  ( ) Retained   ( ) Appointed

- **JUDGE:**
  - (✓) Humphreys
  - ( ) Bostwick

- **CLERK:**
  - (✓) Stimits
  - ( ) Larkey

- **U.S. PROBATION:**
  - (✓) Madden
  - ( ) Chirinos
  - ( ) _____

**Proceedings:**
- ( ) Preliminary Hearing
- (✓) Rule 5 (9 min.)
- ( ) Bond Hearing
- ( ) Held
- ( ) Detention
- ( ) Bond Revoc.
- ( ) Waived Arraignment
- ( ) Probation Violation
- ( ) Sentence

**ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS**   Arrest Date 3-5-10

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status   (✓) Counsel appointed CJA
- (✓) Defendant's constitutional rights explained   (✓) Felony ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter   ( ) Appointed   ( ) Sworn   Name: _____

- ( ) **ARRAIGNMENT AND PLEA:**
  - ( ) Waived Reading   ( ) Indictment   ( ) Information
  - ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty
  - ( ) Guilty
  - ( ) Not Guilty
  - (✓) No. of Counts: 12   ( ) Read to Defendant
  - Counts: _____ withdrawn
  - Counts: _____ accepted
  - Counts: _____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to: _____
- ( ) Bond ( ) Fixed at _____   ( ) Remain at: $ _____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order ( ) Executed ( ) Continued in effect   (✓) Remanded to Custody
- ( ) Detention Ordered   (✓) Temporary Detention Ordered
- ( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard
on _____ at _____ a.m./p.m. before Judge _____
Defendant's next appearance 3-12-10 at 1:30 a.m./p.m. before Judge Humphreys for:
(✓) Detention hearing   (✓) Arraignment   ( ) _____
Miscellaneous: 1:40-1:44  2:04-2:13  Counsel appointed but unavailable this proceeding.